UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES

**CASE NO: 3:17MJ001-RP**      **LOCATION HELD: OXFORD**

**UNITED STATES OF AMERICA V. CHADWICK MITCHELL BAXTER**

**DATE & TIME BEGUN: 01/05/17 @        10:01 a.m.**

**DATE & TIME ENDED: 01/05/17 @        10:08 a.m.**

                                **TOTAL TIME:    7 min**

**PRESENT:**
            **HONORABLE ROY PERCY, U. S. MAGISTRATE JUDGE**

| | |
|---|---|
| Willie Sue Miller | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**      **ATTORNEY(S) FOR DEFENDANT(S)):**
    Clay Dabbs                                         Greg Park

**PROCEEDINGS: INITIAL APPEARANCE/ REMOVAL**

**ENTRY TO BE MADE ON DOCKET:**
Hearing held. Defendant waived identity hearing. Defendant remanded to custody of U. S. Marshal pending further proceedings.

                                                **DAVID CREWS, CLERK**

                                                /s/ Willie Sue Miller
                                                Willie Sue Miller, Courtroom Deputy