Notice (N.D.Miss.1990)

*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

# NOTICE

UNITED STATES OF AMERICA

      V.                      CASE NO 3:17MJ001-RP

CHADWICK MITCHELL BAXTER

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

*Place*
U.S. FEDERAL BLDG.
**OXFORD, MS**

*Room No.*
Courtroom 2

*Date and Time*
January 10, 2017 at 2:00 p.m.

*Type of Proceeding*

*DETENTION HEARING*

**BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**

    DAVID CREWS
Clerk of Court
/s/ Willie Sue Miller

(BY) Willie Sue Miller
Courtroom Deputy

Date: January 5, 2017

**CONTACT WILLIE SUE MILLER AT 234-3114 IF YOU HAVE ANY QUESTIONS**