IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

V.  CAUSE NO. 3:17-mj-00001-RP

CHADWICK MITCHELL BAXTER

## NOTICE OF ATTORNEY APPEARANCE

Gregory S. Park, Assistant Federal Public Defender, hereby enters his appearance as counsel for Defendant, Chadwick Mitchell Baxter, in the above-styled and numbered cause.

Respectfully submitted, this the 5th day of January, 2017.

/s/ Gregory S. Park
GREGORY S. PARK, MSB No. 9419
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 236-2889
Fax: (662) 234-0428
greg_park@fd.org

## CERTIFICATE OF SERVICE

I, Gregory S. Park, attorney for the Defendant, Chadwick Mitchell Baxter, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that the following party will be notified electronically of filing:

Hon. Clayton A. Dabbs, AUSA
clay.dabbs@usdoj.gov

Dated this the 5th day of January, 2017.

/s/ Gregory S. Park
GREGORY S. PARK
Assistant Federal Public Defender